UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kasey Baldwin v. Bayer Corporation, et al.* | No. 3:11-cv-13156-DRH |
| *Janae Berends v. Bayer Corporation, et al.* | No. 3:11-cv-11271-DRH |
| *Teresa Blake v. Bayer Corporation, et al.* | No. 3:11-cv-13255-DRH |
| *Melanie Cazin v. Bayer Corporation, et al.* | No. 3:11-cv-11302-DRH |
| *Stacy Charter v. Bayer Corporation, et al.* | No. 3:11-cv-11301-DRH |
| *Patricia Cybulski v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11920-DRH |
| *Tifany Dicus v. Bayer Corporation, et al.* | No. 3:10-cv-11897-DRH |
| *Amy Fagundes v. Bayer Corporation, et al.* | No. 3:11-cv-12452-DRH |
| *Vikki Forte v. Bayer Corporation, et al.* | No. 3:10-cv-11939-DRH |
| *Lana Hanson v. Bayer Corporation, et al.* | No. 3:11-cv-11430-DRH |
| *Monica Harper v. Bayer Corporation, et al.* | No. 3:11-cv-11427-DRH |
| *Molly Hendrickson v. Bayer Corporation, et al.* | No. 3:11-cv-11499-DRH |
| *Patricia Jones v. Bayer Corporation, et al.* | No. 3:10-cv-11029-DRH |
| *Lindsay Kidd v. Bayer Corporation, et al.* | No. 3:10-cv-11017-DRH |
| *Melissa Kraemer v. Bayer Corporation, et al.* | No. 3:10-cv-10079-DRH |
| *Toni Michael v. Bayer Corporation, et al.* | No. 3:10-cv-10230-DRH |
| *Dwana Moon v. Bayer Corporation, et al.* | No. 3:11-cv-12798-DRH |

| | |
|---|---|
| *Shannon Motta v. Bayer Corporation, et al.* | No. 3:10-cv-12699-DRH |
| *Brianna Perroni v. Bayer Corporation, et al.* | No. 3:10-cv-12046-DRH |
| *Alexa Reid v. Bayer Corporation, et al.* | No. 3:11-cv-11587-DRH |
| *Carrie Reifschneider v. Bayer Corporation, et al.* | No. 3:11-cv-12743-DRH |
| *Selinda Sizemore v. Bayer Corporation, et al.* | No. 3:11-cv-11845-DRH |
| *Keshawnah Taylor v. Bayer Corporation, et al.* | No. 3:10-cv-12101-DRH |
| *Laurie Tibbetts v. Bayer Corporation, et al.* | No. 3:10-cv-12102-DRH |
| *Bridgette Ward v. Bayer Corporation, et al.* | No. 3:10-cv-12130-DRH |
| *Heather Jo Wells v. Bayer Corporation, et al.* | No. 3:11-cv-11662-DRH |
| *Samantha Yozzo v. Bayer Corporation, et al.* | No. 3:11-cv-11668-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 15, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

    NANCY J. ROSENSTENGEL,
    **CLERK OF COURT**

    BY: __/s/*Sara Jennings*__
          **Deputy Clerk**

Dated: August 19, 2013

Digitally signed by David R. Herndon
Date: 2013.08.19 10:05:59 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT